EXHIBIT A

R3 Education, Inc
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PETIMAT DUDURKAEWA

  

R3 education
27 Jackson Road, Suite 300
Devens, MA 01434

March 25, 2024

Re: Notice of Data Secuirty Incident

Dear Petimat Dudurkaewa,

R3 Education Inc. ("R3") is writing to inform you of a recent data security incident that may have resulted in an unauthorized access to your sensitive personal information. While we are unaware of any fraudulent misuse of your personal information at this time, we are providing you with details about the incident, steps we are taking in response, and resources available to help you protect against the potential misuse of your information.

### What Happened?

On November 7, 2023, R3 detected unusual activity on our network. Upon discovery of this incident, R3 immediately disconnected all access to the network and promptly commenced an investigation to determine the scope of the incident. R3 learned that an unauthorized party gained access to its computer systems and encrypted information stored on its systems. The investigation was unable to rule out that information stored on R3's systems may have been accessed by an unauthorized party.

R3 conducted a further investigation and due diligence to identify the individuals and the nature of their personal information that was stored on its network. This investigation was necessary to provide accurate information and notice to the potentially impacted individuals. On March 7, 2024, R3 finalized the list of individuals to notify. R3 determined that your information was included on its systems at the time of the incident. R3 has no evidence that any data was accessed and has no reason to believe that there was any misuse of any information stored on its system, however, R3 is providing you with notice of this incident out of an abundance of caution.

### What Information Was Involved?

Based on the investigation, the following information related to you may have been subject to unauthorized access: name; date of birth; driver license/government-issued identification; medical information; health information; student identification number; and electronic signature.

R3 has no evidence that any sensitive information has been misused by third parties as a result of this incident, but is notifying you out of an abundance of caution and for purposes of full transparency.

### What We Are Doing

Data privacy and security is among R3's highest priorities, and we are committed to doing everything we can to protect the privacy and security of the personal information in our care. Since the discovery of the incident, R3 moved quickly to investigate, respond, and confirm the security of our systems. Specifically, R3 has made network access changes, changed administrative credentials, restored operations in a safe and secure mode and has taken steps to mitigate the risk of future harm.