| Attorney or Party without Attorney:<br>James J. Reardon, Jr., Esq.<br>Reardon Scanlon LLP<br>45 South Main Street Suite 305<br>West Hartford, CT 06107<br>Telephone No: 860-371-1308<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Dudurkaewa v. R3 Education | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-District of Massachusetts |
|---|
| Plaintiff: PETIMAT DUDURKAEWA, et al.<br>Defendant: R3 EDUCATION INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-10891-MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Category Form

3. a. Party served:     R3 EDUCATION INC.
   b. Person served:    Kaylee Marshall, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   84 State St, Boston, MA 02110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 16 2024 (2) at: 03:15 PM

6. **Person Who Served Papers:**
   a. William H. Dewsnap, III
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/17/24     (Signature)
(Date)



PROOF OF SERVICE

10855874
(383345)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *James J. Reardon, Jr.*
James J. Reardon, Jr.