## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>R3 EDUCATION INC.,<br><br>       Defendant. | C.A. No.: 1:24-cv-10891-MJJ |

## NOTICE OF APPEARANCE OF COUNSEL

I, Roy W. Bjorlin, of the firm Wilson Elser Moskowitz Edelman and Dicker LLP, hereby enter my appearance for Defendant, R3 Education Inc., in the above-captioned matter.

    Respectfully submitted,

    DEFENDANT, R3 EDUCATION INC.,

    By its Attorneys,

    */s/ Roy W. Bjorlin*
    Roy W. Bjorlin, BBO #666704
    Roy.Bjorlin@wilsonelser.com
    Wilson Elser Moskowitz Edelman & Dicker LLP
    260 Franklin Street, 14th Floor
    Boston, Massachusetts  02110
    (617) 422-5300

    David M. Ross, *pro hac vice to be submitted*
    1500 K Street, NW, Suite 330
    Washington, DC 20005
    Tel.: (202) 626-7687
    david.ross@wilsonelser.com

Dated:  May 2, 2024

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2024, I caused the foregoing Notice to be filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

      */s/ Roy W. Bjorlin*
      Roy W. Bjorlin