IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> R3 EDUCATION INC., <br><br> Defendant. | Case No. 1:24-cv-10891-MJJ |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

Defendant R3 Education Inc., by and through undersigned counsel, submits this Assented-to Motion to Extend Time to File a Responsive Pleading and in support thereof states as follows:

1. The present matter concerns a proposed class action lawsuit arising out of a data security incident. Plaintiff alleges that her personal information may have been impacted as a result, and on this basis brings claims for herself individually and on behalf of a putative nationwide class.

2. On April 16, 2024, Plaintiff served her Complaint on Defendant.

3. Pursuant to Rule 12 of Federal Rules of Civil Procedure, Defendant's responsive pleading deadline is May 7, 2024.

4. Undersigned counsel was recently retained to defend Defendant's interest in the lawsuit and needs additional time to properly formulate responsive pleadings.

5. Specifically, Defendant requests that the Court grant it an additional thirty days, until June 6, 2024, to file its responsive pleading.

6. This is Defendant's first request for an extension. No party will be prejudiced by an extension of time.

7. Per Local Rule 7.1, Counsel for the Defendant conferred with Counsel for the Defendant, and Plaintiff consents to Defendant's request for additional time.

8. A proposed Order is attached.

WHEREFORE, Defendant R3 Education Inc., with Plaintiff's consent, respectfully requests that this Court grant its request for an additional 30 days file a responsive pleading until June 6, 2024.

Dated: May 2, 2024

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin
260 Franklin Street, 14th Floor
Boston, MA 02110
Tel.: (617) 422-5300
roy.bjorlin@wilsonelser.com

David M. Ross, *pro hac vice to be submitted*
1500 K Street, NW, Suite 330
Washington, DC 20005
Tel.: (202) 626-7687
david.ross@wilsonelser.com

*Attorneys for Defendant R3 Education Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2024, I caused the foregoing Assented-to Motion to Extend Time to File a Responsive Pleading to be filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

>    */s/ Roy W. Bjorlin*
>    Roy W. Bjorlin

296308863v.1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>R3 EDUCATION INC.,<br><br>Defendant. | Case No. 1:24-cv-10891-MJJ |

## PROPOSED ORDER

Upon consideration of Defendant's Consent Motion to Extend Time to File a Responsive Pleading, and for good cause shown, it is this ___ day of _____ 2024, hereby

**ORDERED** that Defendant R3 Education Inc.'s Consent Motion to Extend Time to File a Responsive Pleading is **GRANTED**; and it is further

**ORDERED** that Defendant R3 Education Inc. shall file a responsive pleading not later than June 6, 2024.

**SO ORDERED**.

---

Judge Myong J. Joun
United States District Court
for the District of Massachusetts

COPIES TO:
All Counsel of Record

296308863v.1