### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | Case No. 1:24-cv-10891-MJJ |
| v. | |
| R3 EDUCATION INC., | |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Roy W. Bjorlin, as counsel for the Defendant, R3 Education Inc., hereby certify that I conferred with Counsel for the Plaintiff on May 2, 2024 prior to filing this Motion, and Plaintiff consents to Defendant's request for additional time.


*/s/ Roy W. Bjorlin*
Roy W. Bjorlin

296413972v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2024, I caused the foregoing Certificate of Compliance with Local Rule 7.1 to be filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

                                                */s/ Roy W. Bjorlin*
                                                Roy W. Bjorlin