**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETIMAT DUDURKAEWA, individually, and on behalf of all others similarly situated, | Case No. 1:24-cv-10891 |
| Plaintiffs, | |
| vs. | |
| R3 EDUCATION INC., | |
| Defendant. | |

### ASSENTED TO MOTION FOR LEAVE FOR DANIEL SROURIAN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, James J. Reardon, a member of the bar of this court, hereby moves that Daniel Srourian be granted leave to appear *pro hac vice* before this court as counsel to Plaintiff in the above-captioned matter. In support thereof, James J. Reardon respectfully submits as follows:

1.      I am an attorney in good standing and authorized to practice law in the State of Massachusetts, and am an attorney with the law firm of Reardon Scanlon LLP, counsel for Plaintiff.

2.      I move for the admission *pro hac vice* of Mr. Srourian, of the law firm of Srourian Law Firm, P.C., to appear before this Court as co-counsel.

3.      As evidenced by his attached Certifications, Daniel Srourian is an attorney in good standing of the (a.) Bar of the State of California, (b.) United States District Court, Central District of California and (c.) Supreme Court of California. *See* Certifications of Daniel Srourian, attached herewith. There are no disciplinary proceedings pending against him as a member of the bar in any

jurisdiction in which he is a member of the bar; and he has read and agrees to comply with the local rules of this Court.

4.      Daniel Srourian has not previously had a *pro hac vice* admission to this Court (or any other admission for a limited purpose) revoked for misconduct.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Daniel Srourian to appear before the Court in this matter *pro hac vice*.


Dated: May 10, 2024                              **REARDON SCANLON LLP**

                                                 By: ___*/s/ James J. Reardon*___
                                                      James J. Reardon

                                                 James J. Reardon (BBO # 566161)
                                                 45 South Main Street, 3rd Floor
                                                 West Hartford, CT 06107
                                                 T: (860) 955-9455
                                                 james.reardon@reardonscanlon.com

                                                 *Attorney for Plaintiff*

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Plaintiff's counsel has conferred with Defendant's counsel, and Defendant's counsel consents to this Motion.

Dated: May 10, 2024                                    _/s/ James J. Reardon_
                                                        James J. Reardon

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 10, 2024, a true and correct copy of the forgoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: May 10, 2024                     <u>*/s/ James J. Reardon*</u>
                                                        James J. Reardon

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETIMAT DUDURKAEWA, individually, and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>R3 EDUCATION INC.,<br><br>                     Defendant. | Case No. 1:24-cv-10891 |

## <u>CERTIFICATE OF ATTORNEY DANIEL Z. SROURIAN</u>

I, Daniel Z. Srourian, hereby certify as follows in support of Plaintiff's Motion for Leave for Admission Pro Hac Vice of Attorney Daniel Z. Srourian.

1.      I am the Owner and a Partner in the law firm of Srourian Law Firm, P.C., and I am an attorney for the Plaintiff in the above-captioned matter.

2.      I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following jurisdictions and courts:

| <u>Court Name</u> | <u>Admission Date</u> | <u>Status</u> |
|---|---|---|
| Supreme Court State of California | 12/03/2012 | Active |
| United States District Court Central District of California | 12/14/2012 | Active |
| The State Bar of California Certificate of Standing | 12/03/2012 | Active |

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2024                 By: *<u>/s/ Daniel Z. Srourian</u>*
                                    Daniel Z. Srourian
                                   **Srourian Law Firm, P.C.**
                                   3435 Wilshire Blvd, Suite 1710
                                   Los Angeles, CA 90010
                                   Telephone: (213) 474-3800
                                   Email:  daniel@slfla.com