AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

PETIMAT DUDURKAEWA, individually, and on behalf of all others similarly situated, )
*Plaintiff* )
v. ) Case No. 1:24-cv-10891
R3 EDUCATION, INC., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, PETIMAT DUDURKAEWA.

Date: 05/22/2024

/s/ Daniel Srourian
*Attorney's signature*

Daniel Srourian / 285678
*Printed name and bar number*

SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010

*Address*

daniel@slfla.com
*E-mail address*

(213) 474-3800
*Telephone number*

(213) 471-4160
*FAX number*