IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>R3 EDUCATION INC.,<br><br>Defendant. | Case No. 1:24-cv-10891-MJJ |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) and 12(b)(6)**

Pursuant to Rule 12(b)(1) and (6), Defendant R3 Education Inc. moves to dismiss this case and Plaintiff's Class Action Complaint. The reasons this case should be dismissed are set forth in the accompanying memorandum in support, which is incorporated by reference.

*First*, Plaintiff fails to allege facts sufficient to confer standing. Courts in the First Circuit have consistently held that plaintiffs in data breach cases who do not allege actual misuse of their personal information, like Plaintiff, lack standing to pursue damages. Nor does Plaintiff allege facts sufficient to support standing for injunctive relief, as she fails to allege an imminent risk that R3 Education will again be the victim of a cyberattack.

*Second,* Plaintiff's negligence claim fails because she does not allege any cognizable damages. Even if some of Plaintiff's damages were recoverable, her claims are barred by the economic loss doctrine.

*Third,* her negligence *per se* and breach of the implied covenant of good faith and fair dealing claims must be dismissed because neither are recognized causes of action.

*Fourth,* Plaintiff's breach of confidence claim fails because she does not allege R3 intentionally disclosed her confidential information.

- 1 -

*Fifth,* Plaintiff's breach of fiduciary duty claim fails because she fails to allege a fiduciary relationship with R3 Education.

*Sixth,* Plaintiff's breach of implied contract claim fails because she fails to allege any facts to suggest R3 Education agreed to safeguard and protect her personal information.

*Seventh*, Plaintiff's unjust enrichment claim fails because courts in this District and across the country have rejected Plaintiff's argument that R3 Education was unjustly enriched by not spending more on data security.

As set forth in the accompanying memorandum in support, this case is not appropriate to survive dismissal. R3 Education Inc. therefore respectfully requests that the Court dismiss this case and Plaintiff's Complaint with prejudice.   A proposed Order is attached.

## REQUEST FOR ORAL ARGUMENT

The Defendant respectfully requests that the Court hear oral argument on this Motion.

Dated: June 5, 2024

Respectfully submitted,

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
Tel.: (617) 422-5300
roy.bjorlin@wilsonelser.com

David M. Ross, *pro hac vice motion to be filed*
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1500 K Street, NW, Suite 330
Washington, DC 20005
Tel.: (202) 626-7687
david.ross@wilsonelser.com

*Attorneys for Defendant R3 Education Inc.*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned certifies that counsel have conferred and attempted in good faith to resolve or narrow the issues raised in this motion.

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2024, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, *individually and on behalf of all others similarly situated*, | Case No. 1:24-cv-10891-MJJ |
| Plaintiff, | |
| v. | |
| R3 EDUCATION INC., | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

**THIS MATTER** came before the Court on Defendant's Motion to Dismiss, and upon consideration of the Motion to Dismiss and any opposition and reply, the Court finds that the Motion to Dismiss should be granted;

**IT IS HEREBY ORDERED THAT** that the Motion to Dismiss is **GRANTED** and this case and Plaintiff's Class Action Complaint are dismissed with prejudice and the clerk is directed to close this case.

This the ____ day of _____, 2024.

_____
United States District Court Judge