# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETIMAT DUDURKAEWA, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>R3 EDUCATION, INC.,<br><br>          Defendant | Case No. 1:24-cv-10891 |

## NOTICE OF SETTLEMENT

The parties respectfully advise this Honorable Court that the matter has been settled with all terms required to effectuate the settlement to be concluded within twenty (20) business days after a Release has been executed and tendered. The Parties will file a Joint Stipulation of Voluntary Dismissal within thirty days.

Dated: July 9, 2024

Respectfully submitted,

By: /s/ Daniel Srourian

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone:     (213) 474-3800
Facsimile:      (213) 471-4160
Email:          daniel@slfla.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I certify that on July 9, 2024, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Daniel Srourian*