```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**Petimat Dudurkaewa,**

V.                              CIVIL ACTION NO. 1:24-cv-10891-MJJ

**R3 EDUCATION INC.,**

## SETTLEMENT ORDER OF DISMISSAL

**JOUN, D.J.**

The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if, settlement is not consummated.

July 9, 2024

/s/ Steve K. York
--------------------------
**Deputy Clerk**